# United States District Court
# Central District of California

**UNITED STATES OF AMERICA vs.**      Docket No. __CR 13-0249-CW-1__

**Defendant** __LA Rush, Inc., a California Corporation__     Social Security No. __ __ __ __
**akas:** _____     (Last 4 digits)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 04 | 07 | 2015 |

**COUNSEL** __Michael Ian Garey, Retained__
(Name of Counsel)

**PLEA** [X] GUILTY, and the court being satisfied that there is a factual basis for the plea. [ ] NOLO CONTENDERE  [ ] NOT GUILTY

**FINDING** There being a finding/verdict of **GUILTY**, defendant has been convicted as charged of the offense(s) of: CONSPIRACY, MISBRANDING A DRUG WHILE HELD FOR SALE AFTER SHIPMENT IN INTERSTATE COMMERCE and AIDING AND ABETTING AND CAUSING AN ACT TO BE DONE, in violation of 18 U.S.C. SECTION 371, 21 U.S.C. SECTION 331(k), 333(a)(1), 352(f), 353(b)(1), 353 (b)(4), and 18 U.S.C. SECTION 2.

**JUDGMENT AND PROB/ COMM ORDER** The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that

THE DEFENDANT IS GUILTY OF COUNTS 1 AND 2 THRU 10 OF THE 10 COUNT FIRST SUPERSEDING INFORMATION.

THE $26,895.00 IN FUNDS PREVIOUSLY SEIZED IN CONNECTION WITH THIS MATTER IS TO BE DELIVERED BY THE UNITED STATES FOOD AND DRUG ADMINISTRATION DIRECTLY TO THE COURT SO THAT SUCH FUNDS MAY BE APPLIED BY THE COURT TO PAY THE FOLLOWING:

1. THE DEFENDANT IS TO PAY RESTITUTION IN THE AMOUNT OF $26,645.00 FOR THE COST OF STORING AND DISPOSING THE NITROUS OXIDE GAS SEIZED AT DEFENDANT'S BUSINESS LOCATION.

2. THE DEFENDANT WILL PAY A MANDATORY SPECIAL ASSESSMENT IN THE AMOUNT OF $1,250.00.

3. THE PARTIES CURRENTLY BELIEVE THE COST OF STORING AND DISPOSING THE NITROUS OXIDE GAS SEIZED AT DEFENDANT'S BUSINESS LOCATION IS APPROXIMATELY $26,645.00, HOWEVER, IF IT IS LATER DETERMINED BY THE UNITED STATES FOOD AND DRUG ADMINISTRATION THAT THE COST OF STORING AND DISPOSING THE NITROUS OXIDE GAS IS LESS THAN APPROXIMATELY $25,645.00, THEN ANY REMAINING AMOUNT FROM THE FUNDS SEIZED IN CONNECTION WITH THIS MATTER IS TO BE APPLIED AS A CRIMINAL FINE.

4. NO PORTION OF THE $26,895.00 IN THE FUNDS PREVIOUSLY SEIZED IN CONNECTION WITH THIS MATTER WILL BE RETURNED TO DEFENDANT, AS ANY REMAINING BALANCE AFTER PAYMENT OF RESTITUTION AND MANDATORY SPECIAL ASSESSMENTS WILL BE APPLIED TO PAYMENT OF A FINE.

DEFENDANT HAS WAIVED THE RIGHT TO APPEAL.

USA v.   LA Rush, Inc., a California Corporation                    Docket No.:   CR 13-0249-CW-1


USA v.   LA Rush, Inc., a California Corporation          Docket No.:  CR 13-0249-CW-1

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

April 14, 2015
Date

_Carla M. Woehrle_
U. S. District Judge/Magistrate Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

04/14/2015
Filed Date

By _Marc Krause_
Deputy Clerk

| | | | |
|---|---|---|---|
| USA v. | LA Rush, Inc., a California Corporation | Docket No.: | CR 13-0249-CW-1 |

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

### STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, <u>for felony cases only</u>: not possess a firearm, destructive device, or any other dangerous weapon.

| | |
|---|---|
| USA v. | LA Rush, Inc., a California Corporation |

Docket No.: CR 13-0249-CW-1

☐ The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
    Private victims (individual and corporate),
    Providers of compensation to private victims,
    The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

## SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure; and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

USA v.   LA Rush, Inc., a California Corporation                Docket No.:   CR 13-0249-CW-1

Defendant delivered on _____ to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____
_____                                   Deputy Marshal
Date

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____
_____                                   Deputy Clerk
Filed Date

---

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____             _____
Defendant                                                                              Date

_____             _____
U. S. Probation Officer/Designated Witness                         Date